# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

RANDY L. FORSTERLING,

    Petitioner,

v.

RICK RAEMISCH, PETER HUIBREGTSE,
ELLEN RAY, STEVEN SCHELER and
MARY MILLER,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-111-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ Melissa Hardin
by Deputy Clerk

_____3/21/08_____
Date